UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

THOMAS R. LEWIS
   *Plaintiff,*

C.A. No.  5:25-cv-00164

v.

ELEPHANT INSURANCE COMPANY
   *Defendant*

JURY DEMANDED

### DEFENDANT'S NOTICE OF REMOVAL

Defendant Elephant Insurance Company, incorrectly named as Elephant Insurance Services, LLC ("Defendant") hereby gives notice of removal of the above-entitled action from the 434th Judicial District Court of Fort Bend County, Texas, to the United States District Court for the Southern District of Texas, Houston Division, pursuant to 28 U.S.C. §§ 1441 and 1446. In support thereof, Defendant respectfully shows the following.

### I. INTRODUCTION

1. The Plaintiff in this case is Thomas R. Lewis whose pleadings state he resides in Texas. See Plaintiff's Original Petition, located in Exh. C.

2. Defendant Elephant Insurance Company ("Elephant") is incorporated in the state of Virginia and its principal office is located in Virginia at 8801 Park Central Drive, Richmond, Virginia 23227.  See Exh. A, Declaration of Gerald Bedford.

3. On January 17, 2025, Plaintiff filed his Original Petition against Defendant Elephant Insurance in the 424th Judicial District Court of Fort Bend County, Texas. The lawsuit was assigned Cause No. 25-DCV-325199 by Fort Bend County. Exh. B and C.

4. On January 24, 2025, Defendant Elephant Insurance was served. See Return of Citation in Exh. C. This Notice of Removal is timely because it is filed within the thirty-day statutory time for removal. 28 U.S.C. § 1446(b).

5. Plaintiff seeks damages under his underinsured motorists policy (UIM) for alleged injuries he claims resulted on June 25, 2024 in Fort Bend County when Bruce E. Midell allegedly disregarded a traffic light and collided with Plaintiff's automobile ("the Accident"). See Plaintiff's Original Petition, located in Exh. C.

6. Plaintiff sues for damages including past and future medical expenses, past and future disfigurement, past and future pain and suffering, past and future disability and impairment, past and future mental anguish, and for declaratory judgment.

7. Plaintiff specifies in §14 of his state original petition that he seeks up to $250,000 in damages.

## II.  BASIS FOR REMOVAL

**Complete Diversity:**

8. Plaintiff states in his Original Petition that he is a resident of Texas. Defendant accepts this allegation as true.

9. Defendant Elephant is not a resident of Texas but is instead resident in Richmond, Virginia. Defendant Elephant's incorporation is in the state of Virginia, with its principal place of business in Richmond, in the State of Virginia. Exh. A.

11. As such, the parties to the lawsuit brought in the Fort Bend County, Texas district court are completely diverse.

12 Thus, this court has jurisdiction over this matter under 28 U.S.C. § 1332(a), as a result of the complete diversity of citizenship between Plaintiff Thomas R. Lewis and Defendant Elephant Insurance.

**Amount In Controversy:**

8. 13. The amount at stake, exclusive of interests and costs, exceeds $75,000.00. Specifically, Plaintiffs' Original Petition, §14 of his state original petition that he seeks up to $250,000 in damages. Pursuant to 28 U.S.C. § 1446(c)(2), the "sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy…". Therefore, this jurisdictional prerequisite is met.

## THE REMOVAL IS PROCEDURALLY CORRECT

14. Venue is proper in this district under 28 U.S.C. § 1446(a) because this district and division embrace the place in which the removed action has been pending and because a substantial part of the events giving rise to the Plaintiff's claims allegedly occurred in this district, in Fort Bend County, as pleaded by Plaintiff.

15. Pursuant to 28 U.S.C § 1446(a), Defendant has attached a Civil Action Cover Sheet and pursuant to the Local Rule, an Index of the documents being filed with this removal as follows:

   a. Declaration of Gerald Bedford (Exh. A);

    b.    State Court's Civil Docket Sheet (Exh. B);

    c.    State Court's file (Exh. C);

    d.    Notice to State Court of Filing Removal (Exh. D);

    e.    Certificate of Interested Persons (Exh. E);

    f.    List of All Counsel of Record (Exh. F);

    g.    Defendant's Answer to Plaintiff's Original Petition, filed and eserved, but not yet appearing in the District Court's file, and therefore attached to this submission (in Exh. C).

16. A copy of the state court's file is attached as Exhibit C.

17. The state court in which the case was filed does not utilize a paper docket sheet. Therefore, Defendants have attached a copy of the state District Clerk website's Register of Actions screen pertaining to the case (Exh. B).

17 Pursuant to 28 U.S.C. § 1446(d), written notice of the removal is being filed and served this same date on plaintiff (Exh. D).

18. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal is being filed this same date with the clerk of the state court in which this action is pending.).

19. Defendant's answer has been filed this same date, but is not yet in the District Court's File.

## JURY DEMAND

15. Defendant demands a jury.

## COMPLIANCE WITH LOCAL RULES

16. In compliance with the local rules for the Southern District of Texas, Defendant has provided this Court with the following:

    a.  Executed Process for Defendant Elephant;

    b.  The Plaintiff's Original Petition;

    c. The electronic Docket Sheet;

    d. An index of matters being filed with this removal; and

    e. A list of Counsel of Record and Certificate of Interested Persons.

The state court has not yet issued any orders and therefore none are attached.

17. A copy of the state court's file is attached as Exhibit C.

Defendant requests that this Honorable Court take notice of the removal of the above-reference state court action to the United States District Court for the Southern District of Texas Houston Division.

Respectfully submitted,

**KPA LAW, PLLC**

/s/ *Pam Rea*
**PAM REA**
Texas Bar No: 00792790
Federal Id. 20799
5629 Cypress Creek Parkway, Suite 216
Houston, Texas 77069
Telephone:   (281) 895-9800
Facsimile:    (281) 895-9801
Efile: eservice@KPALawfirm.com
***Attorney for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served to all counsel of record in this case by e-service and/or via ECF on February 18, 2025.

/s/ *Pam Rea*
**PAM REA**